Buikus *v.* Cooper, Appellant.

Argued December 12, 1966. *Raymond F. Lowery,* for

appellant; *Albert B. Mackarey,* with him *Michael R. Shehadi,* for appellee.

Judgment affirmed.

WATKINS, J., absent.